In the Matter of the Application of the BATAVIA TRACTION COMPANY, Respondent and Appellant, for a Writ of Certiorari.

THE CITY OF BATAVIA, Appellant and Respondent.

*Matter of Batavia Traction Co.*, 184 App. Div. 926, affirmed.
(Argued January 6, 1920; decided January 20, 1920.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1918, which reversed an order of Special Term dismissing a writ of certiorari to review an assess-

ment against the petitioner for street paving and sustained said writ to the extent of reducing the said assessment as to all of the items complained of except that for engineering. The relator is a street railway company and is required by statute to pay the entire expense for paving of the street between its tracks and two feet on each side thereof. The municipality sought to charge the relator not only the expense of paving such portion of the street, but also with the five items of expense objected to, to wit: 1. Engineering, $985.32. 2. Portion of interest on bonds, $1,085.14. 3. Portion of cost of storm water sewer, $2,994.83. 4. Portion of engineering fees, etc., storm water sewer, $549.46. 5. Portion of cost of advertising, $37.22.

*Everest A. Judd* and *James A. Le Seur* for city of Batavia, appellant and respondent.

*George W. Watson* for petitioner, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.